**Dismissed and Opinion Filed June 2, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00635-CR

**CHARLES EUGENE FINCHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F12-51267-I**

## MEMORANDUM OPINION
Before Chief Justice Wright and Justices Brown and Stoddart

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the

motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and

this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
150635F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHARLES EUGENE FINCHER, Appellant

No. 05-15-00635-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 2, Dallas County, Texas
Trial Court Cause No. F12-51267-I.
Opinion delivered per curiam before Chief Justice Wright and Justices Brown and Stoddart.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 2nd day of June, 2015.